UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00087-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GUSTAVO DELOYZA-SANCHEZ,

      Defendant.

---

## ORDER

---

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Wednesday, April 15, 2009,** and responses to these motions shall be filed by **Friday, April 24, 2009.**  It is

      FURTHERED ORDERED that a two-day jury trial is set to commence **Monday, May 7, 2009, at 9:00 a.m. in courtroom A-1002.**

      March 3, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge